UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SCOTT NORMAN and MOLLIE NORMAN**     **PLAINTIFFS**

**V.**     **CIVIL ACTION NO.1:06CV943 LTS-RHW**

**ALLSTATE PROPERTY AND CASUALTY INS. CO. and
ROBERT K. PARKS**     **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' Motion [5] To Remand is **DENIED**;

That the complaint against Defendant Robert K. Parks is **DISMISSED**; and

That the motions [9] [13] for extensions of time to file pleadings are **GRANTED**.

**SO ORDERED** this 21st day of May, 2007.

           s/ L. T. Senter, Jr.
           L. T. SENTER, JR.
           SENIOR JUDGE